

_____
1325 Franklin Ave, Ste. 160, Garden City, NY 11530
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

October 24, 2022

Hon. Alan S. Trust
U.S. Bankruptcy Judge
Eastern District of N.Y.
Alfonse M. D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, NY 11722

**Re: Michael T. Keirsey– BK Case No. 8-22-70654-ast**

Dear Judge Trust:

This office represents Secured Creditor Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V, in the above-referenced matter. Please be advised that the Motion for Relief from Automatic Stay entered on August 24, 2022 (ECF Docket No. 21) has been adjourned, on the record to February 09, 2023 at 10:30 A.M.

Should you have any questions concerning the foregoing, please do not hesitate to contact the undersigned.

        Respectfully submitted,

        By: /s/ Katherine Heidbrink
        Katherine Heidbrink, Esq.
        FRIEDMAN VARTOLO LLP
        Attorneys for Secured Creditor
        1325 Franklin Avenue, Suite 160
        Garden City, New York 11530
        T: (212) 471-5100
        F: (212) 471-5150