

Branch Offices
in Suffolk County:

150 Motor Parkway
Ste 401, Rm 424
Hauppauge, NY 11788

80 Orville Drive
Ste 100, Rm 225
Bohemia, NY 11716

**RONALD D. WEISS, P.C.**
ATTORNEY AT LAW
734 Walt Whitman Road., Suite 203, Melville, New York 11747
phone: (631)271-3737/3783 • fax: (631)271-3784
e: weiss@fresh-start.com

Branch Offices
in Nassau County:

626 RexCorp Plaza
Rm 681
Uniondale, NY 11556

1129 Northern Blvd
Ste 404
Manhasset NY 11030

January 9, 2022

Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

      In Re:  **Michael T Keirsey**
          **Case No.: 8-22-70654-ast**

Honorable Sir:

  This law firm represents Michael T Keirsey, Debtor in the above-referenced Chapter 13 matter.

  We are providing the Court with a status report concerning the Debtor's Loan Modification application process with Secured Creditor, Rushmore, as it concerns the Debtor's principal residence located at 209 Marcy Street, West Babylon, NY 11704, Loan No.#2804.

  The loan was service transferred to Rushmore ("Servicer") with a new loan number ending in x2804. A full submission was made on August 17, 2022, via email to the new servicer.

  As explained in previous Loss Mitigation Status letters, the Debtor is still waiting for a recorded deed to be returned from the Suffolk County Clerk's office. The process cannot proceed until the Servicer is provided with a copy of a recorded deed. The Debtor will provide Servicer a copy of the recorded deed as soon as it is in his possession.

  Debtor is proceeding in good faith regarding the modification process and will comply with all additional lender requests for information and documentation while waiting for the county clerk to return the recorded deed.

  If you should have any questions or concerns, please do not hesitate to contact the undersigned at the number listed above.

                Sincerely,

                RONALD D. WEISS, P.C.

                ***/s/ Marc Daniels, Esq.***
                Marc Daniels, Esq.

cc:  Krista M. Preuss, Esq. (via ECF)
    All Parties (Via ECF)

*Bankruptcy Law • Reorganization • Foreclosure Defense • Mortgage Modification • Litigation Defense • Creditor Negotiations*