UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re:

Michael T. Keirsey,

                        Debtor.

-----------------------------------------------------------------X

CASE NO.: 22-70654-ast

CHAPTER 13

HON. CHIEF JUDGE
ALAN S. TRUST

## SUPPLEMENTAL ADEQUATE PROTECTION ORDER

Upon consideration of the Motion for Relief from the automatic stay filed on August 24, 2022 (ECF No. 21, the "Motion") by Rushmore Loan Management Services LLC, as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V (together with any successor or assign, "Secured Creditor") concerning the property located at 209 Marcy St, West Babylon, NY 11704 (the "Property"); and for the reasons stated on the record at the hearing held on February 9, 2023; and for good cause shown, it is hereby

**ORDERED**, that the Chapter 13 Trustee shall disburse $2,700.00 from funds on hand to Secured Creditor as adequate protection, subject to availability of funds, as soon as practicable, to be applied to the payment due in March 2023; and it is further

**ORDERED**, that the Chapter 13 Trustee shall disburse an additional $2,700.00 per month from funds on hand to Secured Creditor as adequate protection, subject to availability of funds, on and after April 5, 2023; and it is further

**ORDERED**, that said adequate protection payment shall be made payable to "Rushmore Loan Management Services LLC." Said adequate protection payments shall have the last 4 digits of the loan number (2804) or full loan number and bankruptcy case number written on the checks, and shall be sent to the following address:

    Rushmore Loan Management
    Services
    PO Box 52708
    Irvine, CA 92619

and it is further

**ORDERED**, that said adequate protection payments shall be applied to the Debtor's post-petition default on Secured Creditor's loan; and it is further

**ORDERED**, that Secured Creditor may accept and apply the adequate protection payments without prejudice to any of its rights, whether arising from applicable bankruptcy law or non-bankruptcy law, including, but not limited to, Secured Creditor's right to request relief from the automatic stay; and it is further

**ORDERED,** that the hearing on the Motion has been adjourned by the Court to May 11, 2023 at 10:30 a.m

Dated: May 10, 2023
    Central Islip, New York



_____
Alan S. Trust
Chief United States Bankruptcy Judge